

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-24-00046-CV

_____

## IN RE MARCUS D'SHUN LEWIS

_____

## Original Proceeding

_____

## From the County Court at Law
## Navarro County, Texas
## Trial Court No. C22-30681-CV

_____

# OPINION

_____

The Petition for Writ of Mandamus filed by Marcus D'Shun Lewis on February 15,

2024, has been considered by the Court.  The Petition for Writ of Mandamus is denied.


MATT JOHNSON
Justice

Before Chief Justice Gray*,
    Justice Johnson, and
    Justice Smith
*(Chief Justice Gray dissenting)
Petition denied
Opinion delivered and filed August 30, 2024
[OT06]

